**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Contessa Premium Foods, Inc., a corporation; and Zurich American Insurance Company, a corporation,<br><br>　　　　　Plaintiffs,<br>　v.<br>CST Lines Inc., a corporation; and Far East Carrier LLC, a limited liability company; and Does one through fifteen<br><br>　　　　　Defendants. | CV 10-7426 RSWL (FFMx)<br><br>**ORDER TO SHOW CAUSE RE: TIMELY REMOVAL** |

　　The Court is in receipt of Defendant CST Lines Inc.'s Notice of Removal. The Court hereby orders Defendant to show cause within 10 days as to if this action was timely removed pursuant to 28 U.S.C. § 1446.

DATED: October 18, 2010

**IT IS SO ORDERED.**

　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　_____
　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　Senior, U.S. District Court Judge

1