O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Contessa Premium Foods, Inc. and Zurich American Insurance Company,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CST Lines, Inc.; Far East Carrier LLC; and Does 1 through 15,<br>　　　　　　Defendants. | CV 10-7426 RSWL (FFMx)<br><br>**ORDER RE: Plaintiffs Contessa Premium Foods Inc. and Zurich American Insurance Company's Application for Default Judgment by Court [42]** |

　　Before the Court is Plaintiffs Contessa Premium Foods, Inc. and Zurich American Insurance Company's (hereafter "Plaintiffs") Application for Default Judgment against Defendant Far East Carrier, LLC (hereafter "Defendant Far East Carrier") [42].  The Court having reviewed all papers submitted pertaining to this Application, **NOW FINDS AND RULES AS FOLLOWS:**

　　Plaintiffs' Application for Default Judgment is hereby **GRANTED**.  The Court finds that Plaintiffs have satisfied all procedural requirements necessary under

1

Local Rule 55-1 for entry of default judgment. Specifically, the Court finds that on December 1, 2010, the Clerk entered default of Defendant Far East Carrier. Additionally, the Court finds that Defendant Far East Carrier is not an infant or an incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and Defendant Far East Carrier has not appeared in this action. Further, the Court finds that the substantive factors set forth in <u>Eitel v. McCool</u>, 7892 F.2d 1470 (9th Cir. 1986), weigh in favor of granting default judgment.

    Thus, as Plaintiff has met all procedural and substantive requirements and because Defendants have failed to file any responsive pleading or take action in this Case, Plaintiffs' Application for Default Judgment is **GRANTED**. Accordingly, the Court awards damages against Defendant Far East Carrier in the amount of $93,039.87.

DATED: October 25, 2011
**IT IS SO ORDERED.**

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2